**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| | ) |
| IN RE:  YASMIN AND YAZ | )   **3:09-md-02100-DRH** |
| (DROSPIRENONE) MARKETING, SALES | ) |
| PRACTICES AND PRODUCTS LIABILITY | )   **MDL No. 2100** |
| LITIGATION | ) |

**This Document Relates To:**

| | |
|---|---|
| *Bukela Anderson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10923-DRH |
| *Ellen Fitzgerald v. Bayer Corporation, et al.* | No. 12-cv-10791-DRH |
| *Chriscilla Fitzsimmons v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10446-DRH |
| *Tatjana Hayward v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12358-DRH |
| *Megan Linden v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12328-DRH |
| *Sharon Reavis v. Bayer Corporation, et al.* | No. 11-cv-13561-DRH |
| *Tabitha Saltzman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11401-DRH |
| *Jilene Woods v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11327-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 27, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:  /s/*Caitlin Fischer*
**Deputy Clerk**

**Dated:**  June 27, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.27
16:00:18 -05'00'

**APPROVED:**

**CHIEF JUDGE**
**U. S. DISTRICT COURT**

2